UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff | CIVIL ACTION NO. 09-6460 |
| v. | SECTION B JUDGE LEMELLE |
| BOH BROTHERS CONSTRUCTION COMPANY, LLC Defendant | MAG. 2 (WILKINSON) |

EEOC'S MOTION TO COMPEL DISCOVERY
REGARDING DEFENDANT'S NET WORTH

NOW INTO COURT, through undersigned counsel, comes Plaintiff, United States

Equal Employment Opportunity Commission ("EEOC" or "Commission"), and files its Motion

to Compel Discovery Regarding Defendant's Net Worth.  Plaintiff has sought, through a Request

for Production of Documents and through an Interrogatory, evidence of Defendant's net worth.

Defendant has objected to the requests and refused to provide the relevant discovery without

placing inappropriate conditions on how Plaintiff may use the evidence at trial.  The Federal

Rules of Civil Procedure do not permit a party to place evidentiary conditions on its responses to

discovery requests.  As more fully set forth in the accompanying memorandum, the EEOC prays

- 1 -

that the Court overrule Defendant's objections, and order Defendant to respond to the EEOC's

discovery requests regarding Defendant's net worth.

      **WHEREFORE**, for the reasons set forth in the accompanying memorandum in support, the

EEOC prays that the Court grant the Commission's Motion to Compel.

Respectfully submitted,

**P. DAVID LOPEZ**
General Counsel
No Bar Roll Number Assigned
**JAMES L. LEE**
Deputy General Counsel
No Bar Roll Number Assigned
**GWENDOLYN YOUNG REAMS**
Associate General Counsel
No Bar Roll Number Assigned
**JIM SACHER**
Regional Attorney
La. Bar Roll Number 14888
Equal Employment Opportunity
Commission
Houston District Office
Mickey Leland Federal Building
1919 Smith Street
Houston, Texas 77002-8049
Direct Line: (713) 209-3398

/s/ Tanya L. Goldman
**GREGORY T. JUGE**
Senior Trial Attorney
La. Bar Roll No. 20890
**TANYA L. GOLDMAN**
Trial Attorney
No Bar Roll Number Assigned
**U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
New Orleans Field Office
1555 Poydras Street
Suite 1900
New Orleans, LA 70112
Tel:    (504) 595-2878 (Main Legal #)
        (504) 595-2877 (Juge)
        (504) 595-2914 (Goldman)
Fax:   (504) 595-2886 or 589-6861

- 3 -

**COUNSEL FOR PLAINTIFF,**
**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**


## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing has been served on counsel of record for all parties, via email, United States mail, postage pre-paid, via facsimile transmission, via hand delivery, via E.C.F., or via next day delivery.


January 31, 2011                          /s/ Tanya L. Goldman

Date                                                 **Tanya L. Goldman**