UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 09-6460 |
| v. | ) ) | |
| BOH BROTHERS CONSTRUCTION COMPANY, LLC | ) ) ) ) | SECT. B MAG. 2 |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGE LIMITATION NOT TO EXCEED 30 PAGES

Defendant, Boh Brothers Construction Company, LLC, respectfully moves the Court for leave to file the attached Memorandum in Support of its Motion for Summary Judgment in excess of 25 pages not to exceed 30 pages. The complexities of the case and the need to address multiple issues requires Defendant to exceed the 25 page limit by five pages in order to properly respond to such issues. Plaintiff, Equal Employment Opportunity Commission, has no objection to this motion., but requested that the following statement be included in this motion:

The EEOC's consent to the motion is conditioned on the Commission's being allowed the same number of pages in its opposition memorandum as Defendant is allowed in its original memorandum.

WHEREFORE, Defendant prays that this motion be granted as set forth above.

Respectfully submitted this 1st day of February, 2011.

/s/ Walter W. Christy
Walter W. Christy (La. Bar # 04134)
Jacob C. Credeur (La Bar # 31116)
Erin R. Wedge (La. Bar # )
COATS | ROSE
One Canal Place
365 Canal Street, Suite 800
New Orleans, LA 70130
(504) 299-3073
(504) 299-3071 (Fax)
ATTORNEYS FOR BOH BROTHERS
CONSTRUCTION CO., L.L.C.

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of February, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Walter W. Christy