```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION   *   CIVIL ACTION
                                          *
VERSUS                                    *   NO. 09-6460
                                          *
BOH BROTHERS CONSTRUCTION COMPANY, LLC    *   SECTION "B"(2)
```

                                ORDER

Considering the Defendant's Motion Daubert Motion to Strike and/or Motion in Limine to Exclude the Testimony and Report of Plaintiff's Designated Expert (Rec. Doc. No. 27);

**IT IS ORDERED** that said motion is **GRANTED;** Plaintiff assumes that the rare occurrences of same-sex harassment on the job justify expert testimony to explain to the jury how or why such occurrences can occur.  However, Defendant and its expert have conceded that only the jury can determine whether credible evidence exists to establish such an occurrence.  To allow an expert to testify that a jury could so reasonably conclude, based on subjective reliance upon largely one-sided subjective evidence, runs contrary to the dictates found in Federal Rules of Civil Procedure 702 and 703.  Jurors, like judges, in today's society can reasonably evaluate the evidence and reasonably draw conclusions as to whether or not the evidence establishes on the job same-sex harassment.  We need no expert in that connection.  To do otherwise, unduly impinges upon the role of the fact-finder and likely leads to confusion, not assistance.  A contrary ruling would have been possible if the

expert was offered, with justification, to establish causation of Plaintiff's mental distress, pain and suffering. Oral reasons were also given at today's hearing, including reasons for distinguishing on its facts this case from other cases.

New Orleans, Louisiana, this 28TH day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE