**MINUTE ENTRY**
**LEMELLE, J.**
**FEBRUARY 28, 2011**

JS-10: 1:08

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION     CIVIL ACTION

VERSUS     NO. 09-6460

BOH BROTHERS CONSTRUCTION COMPANY, LLC     SECTION "B" (2)

### MOTION HEARING AND PRETRIAL CONFERENCE

Courtroom Deputy:    Barry J. Johnson
Court Reporter:    Susan Zielie

APPEARANCES:    Tanya Lea Goldman, Gregory T. Juge for plaintiff
                    Walter W. Christy, Jacob C. Credeur for defendant

Court begins at 11:30 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties.
Defense motion (Rec. Doc. #27) - GRANTED and Defense Motion (Rec. Doc. #31) - DENIED
Court to issue written ruling
Court adjourned at 12:38 p.m..